# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FUAD MOHAMED DHUUH,

Plaintiff,

v.

JEFFERSON SESSIONS, Attorney General of
the United States; THOMAS HOMAN,
Director, Immigration and Customs
Enforcement; TWO UNKNOWN ICE
OFFICERS; SCOTT BANIEKE, U.S. ICE
Field Office Director for Bloomington,
Minnesota; MARK J. MOORE, Director of
Krome Service Processing Center; and
ELAINE C. DUKE, Acting Secretary, Director
of Homeland Security,

Defendants.

Case No. 0:17-cv-05486-MJD-KMM

**ORDER**

---

Rachel Petersen, Rachel Petersen Law Office, 10 S. Fifth St. Ste. 1005, Minneapolis, MN 55402,
counsel for Plaintiff

Bahram Samie and Ann Bildtsen, United States Attorney's Office, 300 s. 4th Street, Ste 600,
Minneapolis, MN 55415, counsel for Defendants

---

The above matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Katherine Menendez dated December 20, 2017.  No objections

have been filed to that Report and Recommendation in the time period permitted.  Based on the

Report and Recommendation of the Magistrate Judge, on all of the files, records, and

proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the Plaintiff's First Motion for Temporary Restraining

Order **[ECF No. 2]** is **DENIED**.

Date:  January 11, 2018

s/Michael J. Davis
Michael J. Davis
United States District Judge
